# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 04-10679 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. CR-03-00342-DAE |
| V. | **JUDGMENT** |
| SHELDON KOYANAGI, | |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED; SENTENCING APPEAL DISMISSED**.

Filed and entered 12/20/05



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 11 2005

by: Deputy Clerk

**FILED**

DEC 20 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 04-10679 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00342-DAE |
| V. | |
| SHELDON KOYANAGI, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
David A. Ezra, Chief District Judge, Presiding

Argued and Submitted November 21, 2005
Honolulu, Hawaii

Before: BRIGHT,** McKEOWN, and CLIFTON, Circuit Judges.

Sheldon Koyanagi was convicted of possession with the intent to distribute five grams or more of cocaine base under 21 U.S.C. § 841 and sentenced to thirty-seven months' imprisonment. In his plea agreement, Koyanagi preserved the right to appeal

---

    * This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

    ** The Honorable Myron H. Bright, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

the denial of his motion to suppress evidence. Koyanagi contends on appeal that Senior Airman Endres lacked probable cause to arrest him for driving under the influence of an intoxicant in violation of H.R.S. § 291E-61 and, therefore, the district court should have suppressed evidence discovered incident to arrest, including the cocaine. We disagree and affirm the conviction.

According to Endres, Koyanagi smelled of alcohol, had bloodshot eyes, slurred speech, slow response times to instructions, and he appeared to be confused. One of Koyanagi's companions told Endres that Koyanagi had been drinking before arriving at the military base. See United States v. Smith, 790 F.2d 789, 792 (9th Cir. 1986) (explaining that probable cause for arrest exists when, "under the totality of circumstances known to the arresting officers, a prudent person would have concluded that there was a fair probability that [the defendant] had committed a crime.") Further, after considering Endres's reports and testimony, we conclude that the district court did not clearly err by finding his testimony credible. United States v. Jordan, 291 F.3d 1091, 1100 (9th Cir. 2002).[1]

Koyanagi also contends that he is entitled to resentencing in light of United States v. Booker, 543 U.S. 220 (2005), because the district court applied the

---

[1] We need not reach the alternative ground relied on by the district court that Koyanagi impliedly consented to the search by requesting admission to the base.

2

Sentencing Guidelines as mandatory. However, Koyanagi waived this issue in his plea agreement when he waived the right to appeal his sentence. See United States v. Cardenas, 405 F.3d 1046, 1048 (9th Cir. 2005); United States v. Cortez-Arias, 403 F.3d 1111 (9th Cir. 2005), as amended, 425 F.3d 547 (9th Cir. 2005).

CONVICTION AFFIRMED; SENTENCING APPEAL DISMISSED.

```
INTERNAL USE ONLY: Proceedings include all events.
04-10679 USA v. Koyanagi

UNITED STATES OF AMERICA           Loretta A. Sheehan, Esq.
     Plaintiff - Appellee          FAX 808/541-2958
                                   808/541-2850
                                   Suite 6-100
                                   [COR LD NTC aus]
                                   USH - OFFICE OF THE U.S.
                                   ATTORNEY
                                   PJKK Federal Building
                                   300 Ala Moana Blvd.
                                   P.O. Box 50183
                                   Honolulu, HI 96850

     v.

SHELDON KOYANAGI                   Alexander Silvert, Esq.
     Defendant - Appellant         FAX 808/541-3545
                                   808/541-2521
                                   Ste. 7104
                                   [COR LD NTC afp]
                                   FPDHI - FEDERAL PUBLIC
                                   DEFENDER'S OFFICE (HONOLULU)
                                   300 Ala Moana Blvd.
                                   Honolulu, HI 96850
```