# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/1/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR 03-00342DAE

CASE NAME:      USA v. Sheldon Koyanagi

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   David Alan Ezra        REPORTER:

DATE:    2/1/2006                TIME:

---

COURT ACTION:  EO: Mittimus date

Mittimus date set for 2/27/2006 @2:00pm

Defendant to self-surrender @2:00 p.m. on 2/27/2006 at the facility designated by the Bureau of Prisons.  The time is the time at the facility.


cc: US Marshals



Submitted by:  Theresa Lam, Courtroom Manager