PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:        fpdhi@hotmail.com

Attorney for Defendant
SHELDON KOYANAGI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00342 DAE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) AMENDING SELF-SURRENDER |
| vs. | ) DATE |
| | ) |
| SHELDON KOYANAGI, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION AND ORDER AMENDING SELF-SURRENDER DATE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that Defendant SHELDON KOYANAGI's self-surrender date of February 27, 2006, shall be amended and extended to March 27, 2006.  Mr.

Koyanagi has not received his designation from the Bureau of Prisons.  His case has been on appeal and the 9th Circuit judgment was filed on January 13, 2006.

All other terms and conditions of his sentence to remain in effect.

IT IS SO STIPULATED:

DATED:  Honolulu, Hawaii, February 23, 2006.

/s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
SHELDON KOYANAGI

/s/ Loretta A. Sheehan
LORETTA A. SHEEHAN
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, February 24, 2006.



David Alan Ezra
United States District Judge

UNITED STATES v. SHELDON KOYANAGI
CR. NO. 03-00342 DAE
STIPULATION AND ORDER AMENDING  SELF-SURRENDER DATE