PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:    alexander_silvert@fd.org

Attorney for Defendant
SHELDON KOYANAGI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No.  03-00342 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | REDUCING SENTENCE |
| vs. | ) | PURSUANT TO NEW |
| | ) | SENTENCING GUIDELINE |
| SHELDON KOYANAGI, | ) | AMENDMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION AND ORDER REDUCING SENTENCE
PURSUANT TO NEW SENTENCING GUIDELINE AMENDMENT**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that, pursuant to 18 U.S.C. § 3582(c), the defendant's sentence of 37 months incarceration imposed on November 22, 2004, is reduced to 30 months

incarceration.  All other provisions of the sentence imposed on November 22, 2004, remain unaltered.

The defendant, Sheldon Koyanagi, is currently serving a term of imprisonment for an offense involving cocaine base (crack).  Mr. Koyanagi was contacted, in writing and orally, by defense counsel regarding the possible application of the new sentencing guideline amendment to his case since the Office of the Federal Defender originally represented Mr. Koyanagi on his underlying criminal conviction.  Mr. Koyanagi, is currently at Mahoney Hale serving the half-way house portion of his prison sentence, having successfully completed the BoP 500 hour drug rehabilitation program.

Mr. Koyanagi was sentenced by this Court on November 22, 2004, to a term of 37 months imprisonment, the low-end of the sentencing guideline range.  At the time of his original sentencing hearing, Mr. Koyanagi's guideline range was 37-46 months, based on a total offense level of 21 and a criminal history category of I.

The sentencing guideline range Mr. Koyanagi was sentenced under has subsequently been lowered by the United States Sentencing Commission on November 1, 2007.  See U.S.S.G. Appendix C, Amdt. 706.  The amendment was made retroactive.  See Amendment 706.

The new amendment changes Mr. Koyanagi's base offense level to 24 from 26, and with the application of other specific offense characteristics and adjustments as contained in the original Presentence Investigation Report, the new total offense level is 19 (as opposed to 21) with the criminal history category remaining at I. This results in a new guideline range of 30-37 months.

The parties agree that Mr. Koyanagi is eligible for a reduction of his sentence by retroactive application of Amendment 706 pursuant to § 3582(c) and U.S.S.G. policy statement § 1B1.10. The parties agree that Mr. Koyanagi's new sentence of incarceration should be 30 months, the low-end of the new guideline range.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, March 17, 2008.

/s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
SHELDON KOYANAGI


/s/ Loretta Sheehan
LORETTA SHEEHAN
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED:   Honolulu, Hawaii, March 18, 2008.



_____
David Alan Ezra
United States District Judge

UNITED STATES v. SHELDON KOYANAGI
Cr. No. Cr. No. 03-00342 DAE
STIPULATION AND ORDER REDUCING SENTENCE
PURSUANT TO NEW SENTENCING GUIDELINE AMENDMENT