ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 03-00342DAE |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | RECEIPT FOR EXHIBITS |
| vs. | ) | |
| | ) | **RECEIVED** |
| Sheldon Koyanagi, | ) | CLERK U.S. DISTRICT COURT |
| | ) | MAY 1 4 2008 |
| Defendant(s). | ) | |
| _____ | ) | DISTRICT OF HAWAII |

I, Alexander Silvert, the designated Court custodian of all exhibits,

acknowledge receipt of said exhibits and assume full responsibility for the

preservation and maintenance of said exhibits until the final disposition of this

case.

DATED:    Honolulu, Hawaii, _5/14/08_____.

_____

Signature

Attorney for:
Sheldon Koyanagi

**\*\*PLEASE SIGN AND RETURN THIS COPY TO CLERK'S OFFICE\*\***